438 F.2d 1
 A. E. STALEY MANUFACTURING COMPANY, Plaintiff-Appellant,
v.
PORTO RICO LIGHTERAGE COMPANY and The TUG CATANO, her
engines, etc., Defendant-Appellee.
 No. 30035.
 United States Court of Appeals, Fifth Circuit.
 Jan. 28, 1971.
 
 John W. Hamilton, H. Barton Williams, New Orleans, La., for plaintiff-appellant; Deutsch Kerrigan & Stiles, New Orleans, La., of counsel.
 James B. Kemp, Jr., Edward J. Brandao, Phelps, Dunbar, Marks, Claverie & Sims, New Orleans, La., for defendant-appellee.
 Appeal from the United States District Court for the Eastern District of Louisiana; Edward J. Boyle, Jr., District Judge, 323 F.Supp. 27. Before GODBOLD, CLARK and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)